UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:20-cv-11822-SB-PVC | Date: 5/28/2021 |

| |
|---|
| Title: *Duetsche Bank National Trust Company v. Antoinette Lewis* |

| |
|---|
| Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER RE: REMAND**

Plaintiff removed this unlawful detainer action asserting federal-question jurisdiction based on the Protecting Tenants at Foreclosure Act of 2009 (PTFA). While Plaintiff may assert the PTFA as a federal defense in her state action, she may not rely upon it for federal jurisdiction. *See Jinxing Inv. LLC v. Chen*, No. CV2102849CASRAOX, 2021 WL 1346008, at *2 (C.D. Cal. Apr. 12, 2021) ("The PTFA does not create a private right of action; rather, it provides a defense to state law unlawful detainer actions."). The Court issued an order to show cause to give Plaintiff an opportunity to show why the case should not be remanded, and she has not provided any authority or argument demonstrating the existence of federal jurisdiction.

The case is hereby **REMANDED** to the Los Angeles Superior Court.

**IT IS SO ORDERED**.